CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 03 2014

JULIA C. DUDLEY, CLERK
BY: /s/ 
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTER FORGODS PRODUCTION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 7:14CV91 |
| | ) |
| SALEM VETERAN'S AFFAIRS | ) |
| MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

The Salem Veteran's Affairs Medical Center, by counsel, Kartic Padmanabhan, Assistant United States Attorney for the Western District of Virginia, respectfully notices the Court as follows:

1. That the Salem Veteran's Affairs Medical Center is the defendant in a civil complaint now pending in the Circuit Court, City of Salem, Virginia styled *Matter Forgods Production v. Short*,[1] and the matter has not yet been to trial.

2. This action was commenced against the Salem Veteran's Affairs Medical Center by service thru registered mail with a Summons and a copy of the Complaint. Copies of all process and pleadings so served are attached hereto.

3. The Salem Veteran's Affairs Medical Center is, and was at the time of the actions complained of, an agency of the United States of America.

---

[1] Although the Circuit Court, City of Salem, lists Delmar Short as the defendant, it is clear from the face of the complaint that this was in error. Specifically, Delmar Short is identified as the defendant's agent, thereby making the Salem Veteran's Affairs Medical Center the sole defendant.

4. This removal is brought pursuant to Title 28, United States Code, Sections 1441(a) and 1442(a)(1), said action in the state court being a civil action against an agency of the United States of America.

5. The Defendant will file a copy of this Notice of Removal with the Clerk, Circuit Court, City of Salem, Virginia.

For the foregoing reasons, the United States has, by operation of law, removed this action to the United States District Court, Western District of Virginia.

A copy of the Plaintiff's Complaint as filed with the Circuit Court, City of Salem is attached as Exhibit A.

An order has been tendered for the convenience of the court requesting that the original case file in the Circuit Court, City of Salem, Virginia be forwarded to the District Court for the Western District of Virginia, Roanoke Division, and directing the federal defendant to answer the Complaint or otherwise file a pleading pursuant to the Federal Rules of Procedure within sixty days from the filing date of the order.

Respectfully submitted,

ANTHONY P. GIORNO
Assistant United States Attorney
Attorney for the United States Acting Under
Authority Conferred by 28 U.S.C. § 515

Date: March 3, 2014

/s/ Kartic Padmanabhan
Kartic Padmanabhan
Assistant United States Attorney
Virginia State Bar No. 74167
Assistant United States Attorney
P. O. Box 1709
Roanoke, VA 24008-1709
Telephone: (540) 857-2254
Facsimile: (540) 857-2283
Email: Kartic.Padmanabhan@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of March, 2014, the foregoing Notice of Removal was filed with the Clerk of this Court using the Court's CM/ECF system, and a copy was mailed by the United States Postal Service to the following:

Matter Forgods Production
506 Roanoke Street, East
Blacksburg, Virginia 24060

                                      /s/ Kartic Padmanabhan
                                      Kartic Padmanabhan
                                      Assistant United States Attorney