IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTER FORGODS PRODUCTION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 714CV91 |
| ) | |
| SALEM VETERAN'S AFFAIRS ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# EXHIBIT A

# State Court Complaint & Exhibit

This document withheld from e-filing pending ruling on Motion to Seal filed March 3, 2014

1